Case Number: _CV08-0965 RMW_
_(PR)_

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of
the prisoner's trust account statement showing transactions of
_LAY D71078_ for the last six months at
[prisoner name]
_CORRECTIONAL TRAINING FACILITY_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this
prisoner's account for the most recent 6-month period were $ _.26¢_
and the average balance in the prisoner's account each month for
the most recent 6-month period was $ _.14¢_.

Dated: _2-28-08_                    _Brenda Nation, Acct Technician_
                                    Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93760
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: _2-28-08_
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
_Acct Technician_

4

```
REPORT ID: TS3030  .701                          REPORT DATE: 02/28/08
                                                 PAGE NO:        1

                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: SEP. 29, 2007 THRU FEB. 28, 2008


ACCOUNT NUMBER : D71078               BED/CELL NUMBER: CFBWT1000000101L
ACCOUNT NAME   : LAY, ELWIN KEITH II     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
        TRAN
DATE  CODE DESCRIPTION  COMMENT  CHECK NUM DEPOSITS WITHDRAWALS BALANCE
----- ---- -----------  -------- --------- -------- ----------- --------


09/29/2007   BEGINNING BALANCE                                    0.00

  ACTIVITY FOR 2008
01/03*VD54 INMATE PAYROL 2036 P11        0.54                     0.54
02/05*VD54 INMATE PAYROL 2469 P18        0.99                     1.53
02/09 W502 POSTAGE CHARG 2546 POST                      1.53      0.00
```

```
                      CURRENT HOLDS IN EFFECT
    DATE      HOLD
    PLACED    CODE        DESCRIPTION        COMMENT    HOLD AMOUNT
 ----------   ----  -------------------------- -------- -----------

 10/19/2005   H107  POSTAGE HOLD              1451  POST      1.75
 07/15/2006   H107  POSTAGE HOLD              0134  POST      1.59
 06/26/2007   H109  LEGAL POSTAGE HOLD        3950  LPOST     4.90
 02/13/2008   H118  LEGAL COPIES HOLD         2602  LCOPY    29.22
 02/15/2008   H109  LEGAL POSTAGE HOLD        2621  LPOST    10.20
```

```
                 * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/19/87              CASE NUMBER: 79539
COUNTY CODE: SAC                      FINE AMOUNT: $   5,000.00


   DATE     TRANS.   DESCRIPTION            TRANS. AMT.   BALANCE
 --------   ------   ----------------------- ----------   ----------


09/29/2007   BEGINNING BALANCE                            3,786.46

01/03/08    VR54    RESTITUTION DEDUCTION-SUPPORT   0.58-  3,785.88
02/05/08    VR54    RESTITUTION DEDUCTION-SUPPORT   1.08-  3,784.80
```


CORRECT... ...COPY
P.O. BOX 689
SOLEDAD, CA 93960
ATTN. TRUST OFFICE


THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Gratios_
TRUST OFFICE
Acct Technician

REPORT ID: TS3030.   .701                              REPORT DATE: 02/28/08
         ·                                                    PAGE NO:        2
                          CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNT STATEMENT


               FOR THE PERIOD: SEP. 29, 2007 THRU FEB. 28, 2008

ACCT:  D71078      ACCT NAME: LAY, ELWIN KEITH II        ACCT TYPE: I


   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *



                       TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 1.53 | 1.53 | 0.00 | 47.66 | 0.00 |

                                              CURRENT
                                              AVAILABLE
                                              BALANCE
                                              --------------
                                                 47.66-
                                              --------------
                                              --------------


CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA   93960
ATTN:  TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

Acct Technician

1
2
3
4
5

E-filing

6
7

*RMW*

8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

9
10

**CV 08          0965**

11  Elwin K. Lay II          Plaintiff,    )    CASE NO. _____

12          vs.                            )    **PRISONER'S**
                                           )    **APPLICATION TO PROCEED**
13  B. Curry, Warden CTF et al.            )    **IN FORMA PAUPERIS**
                                           )
14                          Defendant.     )                          *(PR)*
    _____)

15

16          I, __Elwin K. Lay II__, declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct. I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security. I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22          In support of this application, I provide the following information:

23  1.      Are you presently employed? Yes _____ No _X_

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____ Net: _____

27  Employer: _____

28  _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _Retro Service Inc. (out of business)_____

5  _Last worked in 1986, don't remember earnings_____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                    Yes ___ No _X_

10            self employment

11     b.    Income from stocks, bonds,                  Yes ___ No _X_

12            or royalties?

13     c.    Rent payments?                              Yes ___ No _X_

14     d.    Pensions, annuities, or                     Yes ___ No _X_

15            life insurance payments?

16     e.    Federal or State welfare payments,          Yes ___ No _X_

17            Social Security or other govern-

18            ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.    Are you married?                               Yes ___ No _X_

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1      b.      List the persons other than your spouse who are dependent upon you for

2              support and indicate how much you contribute toward their support. (NOTE:

3              For minor children, list only their initials and ages. DO NOT INCLUDE

4              THEIR NAMES.).

5      NONE

6

7    5.      Do you own or are you buying a home?        Yes ___ No _X_

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.      Do you own an automobile?             Yes ___ No _X_

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.      Do you have a bank account? Yes _____ No _X_ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash? Yes ___ No _X_ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No _X_

20   _____

21   8.      What are your monthly expenses? ∅ (currently incarcerated)

22   Rent: $ __∅__              Utilities: __∅__

23   Food: $ __∅__              Clothing: __∅__

24   Charge Accounts: NONE

| 25 Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 26 NONE | $ ∅ | $ ∅ |
| 27 _____ | $ _____ | $ _____ |
| 28 _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_RESTITUTION −$5,000_

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_N/A_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_2-22-08_                            _Elwin K. Fay II_

DATE                               SIGNATURE OF APPLICANT



UNITED STATES POSTAGE
$ 00.97°

~ K. LAY II, D-71078
CENTRAL FAC.
OX 689, BW-1016
DAD, CA. 93960-0689

LEGAL MAIL

U.S. DISTRICT COURT
450 GOLDEN GATE AVE.
P.O. Box 36060
SAN FRANCISCO, CA. 94102-9680

LEGAL MAIL