Elwin Lay II, D-71078
P.O. Box 689, B-101L
Soledad, CA 93960



04-14-2008

Clerk of the Court
United States District Court
Northern District of California
P.O. Box 36060
San Francisco, CA 94102-3483

Re: Application For In Forma Pauperis, Case No. CV080965 RMW

On 2/16/08 I received the Application to proceed In Forma
Pauperis from you. I presented the forms to my Counselor, with
an addressed envelope. I then received the receipt from the Trust
Office dated 2-29-08 indicating that the form had been mailed with
the appropriate documentation. As of this date, I have received
no response from your office indicating whether it has been received
and/or accepted. Please send me a docket sheet and confirmation
or denial of the acceptance of my application.

Sincerely,

Elwin Lay II

DATE: 2-29-08                                    , HOUSING: CFBW - 101

NAME: LAY                                          CDC NUMBER: D71078

The In Forma Pauperis trust account certification that you requested has been completed and was mailed to the court on this date. A copy can not be returned to you, however, a copy of the document is kept in the Trust office for future reference as needed.

C.T.F TRUST ACCOUNTING

CASE NO. CV 080965 RMW (PR)

ELWIN K. LAY II
D71078
P.O. BOX 689, B...
SOLEDAD, CA. 9...

LEGAL MAIL

UNITED STATES POSTAGE
02  1M
APR 15 200...
...29613
$ 00.41°
PITNEY BOWES
MAILED FROM ZIP CODE 93960
LEGAL MAIL

CLERK OF THE COURT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
P.O. BOX 36060
SAN FRANCISCO, CA. 94102-3483