***E-FILED - 8/18/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELWIN K. LAY III, | No. C 08-0965 RMW (PR) |
| Petitioner, | ORDER DENYING MOTION FOR STAY; TO SHOW CAUSE |
| vs. | |
| B. CURRY, Warden, | (Docket No. 6) |
| Respondent. | |

Petitioner, a prisoner of the State of California, has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the Board of Parole Hearings' decision to deny Petitioner parole. On May 7, 2008, the court ordered Respondent to show cause why the petition should not be granted based on petitioner's cognizable claims. Respondent filed a motion to stay this case indefinitely, pending the issuance of a decision in Hayward v. Marshall, 512 F.3d 536 (9th Cir.), reh'g en banc granted, 527 F.3d 797 (9th Cir. 2008). Petitioner has filed an opposition to respondent's motion.

Respondent asserts that a stay is warranted on basis of judicial economy because Hayward "may" decide various issues applicable to this case. It is an abuse of discretion for a district court to stay a habeas petition indefinitely pending resolution of a different case involving parallel issues on the basis of judicial economy and to prevent an intra-district split in decisions. Yong v. INS, 208 F.3d 1116, 1120-22 (9th Cir. 2000).

Accordingly, the motion for a stay is DENIED.

Order Denying Stay; to Show Cause
G:\PRO-SE\SJ.Rmw\HC.08\Lay965denystay.wpd       1

1 | Within **60 days** of the date this order is filed, respondent shall file an answer or
2 | dispositive motion in compliance with the May 7, 2008 Order to Show Cause.
3 | This order terminates Docket No. 6.
4 | IT IS SO ORDERED.
5 | DATED: 8/15/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge