*E-FILED - 3/18/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELWIN K. LAY II, | ) | No. C 08-0965 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| B. CURRY, Warden, | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action as moot.  A judgment of dismissal is entered.  The clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/16/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Lay965jud.wpd        1